PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number:  1:06CR00080 OWW** |
| ) | |
| **Kandi Gambill-Hunsaker** ) | |
| ) | |

On July 2, 2004, the above-named was placed on Supervised Release for a period of 5 years. Ms. Gambill-Hunsaker has complied with the rules and regulations of supervision. She has complied with her reporting requirements, has paid her financial obligation as ordered, and has maintained stable residency and regular employment. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:          February 12, 2008
                Fresno, California
                jtp

**REVIEWED BY:**          /s/ Bruce A. Vasquez
                **BRUCE A. VASQUEZ
                Supervising United States Probation Officer**

**Re:   Kandi Gambill-Hunsaker**
      **Docket Number:   1:06CR00080**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 27, 2008**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE